Circuit Court of Appeals, Sixth Circuit.
Oct. 17, 1945.

## FORT KNOX TRANSIT v. HUMPHREY.
### No. 10001.

Circuit Court of Appeals, Sixth Circuit.
Oct. 3, 1945.

Before ALLEN and MARTIN, Circuit Judges, and FORD, District Judge.

Keenon & Odear, of Lexington, and Hugo Taustine, of Louisville, Ky., for appellant.

John H. & Ruth C. Dougherty, of Louisville, Ky., for appellee.

Before SIMONS and ALLEN, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

The appeal has been given consideration upon the record and briefs, oral argument of counsel and the carefully considered opinion of the district judge; and

It appearing that the plaintiff alleged his United States citizenship and his Ohio residence in a suit against a Kentucky association, that such allegation was insufficient to establish diversity but that, upon the whole record and in the absence of any challenge to the jurisdiction, the plaintiff's residence in Ohio is prima facie evidence of his citizenship in that state and is not overthrown by residence in Kentucky as a member of the Armed Forces of the United States, and there being no substantial evi-

dence of voluntary relinquishment of an Ohio domicile.

It is the view of the court that the basis for federal jurisdiction sufficiently appears; and

It likewise appearing that no prejudicial error occurred at the trial to a jury, and the court approving and adopting the principles of law announced in the opinion of the district judge as controlling the legal issues raised,

It is ordered that the judgment below be and it is hereby

Affirmed.